UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LIZABETH CHAMORRO CORONEL,

                      Plaintiff,                  **ORDER**

       -against-                      21 Civ. 9329 (AEK)

HUDSON ANCHOR SEAFOOD RESTAURANT
and GARY SERINA,

                      Defendants.
------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

       On August 15, 2022, the Court granted the parties a two-week extension of time, *nunc pro tunc*, until August 25, 2022, to file their submission for *Cheeks* approval. ECF No. 23. The August 15 letter requesting that extension of time, ECF No. 22, misstated that the deadline for filing the *Cheeks* submission was that day. In fact, the original deadline was August 11, 2022. *See* Docket Sheet, Minute Entry dated 6/27/2022.

       Once again, the parties have missed the deadline for filing their *Cheeks* submission—August 25, 2022—and have failed to request an additional extension of time. These Court-ordered deadlines are not mere suggestions. If the parties need additional time to complete their submission, it is incumbent on the parties to request an extension of time, rather than simply ignoring the deadline and presuming that the Court will grant an extension on its own. That said, the Court will unilaterally grant an extension of the current deadline until Friday, September 2, 2022. From this point forward, however, the parties must submit formal written requests for any additional extensions, in accordance with the Individual Practices of the undersigned. If the

2

parties fail to make appropriate and timely requests (if necessary), the Court will consider the full range of appropriate consequences.

Dated: August 29, 2022
White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge