UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

LIZBETH CHAMORRO CORONEL,

                Plaintiff,                               **ORDER**

      -against-                              21-cv-9329 (AEK)

HUDSON ANCHOR SEAFOOD RESTAURANT
and GARY SERINA,

                Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

       The parties have modified the proposed settlement agreement and submitted the fully executed stipulation of dismissal as directed in the Court's Decision and Order dated October 26, 2022 (ECF No. 27). *See* ECF Nos. 28-30. Accordingly, the Court hereby approves the settlement agreement in this matter as fair and reasonable for all the reasons set forth in ECF No. 27.

       Plaintiff will receive a total of $10,000, with $6,111.67 payable to Plaintiff and $3,888.33 payable to Plaintiff's counsel as attorneys' fees and costs.

       The proposed stipulation of dismissal filed at ECF No. 30 has been so-ordered by the Court and will be docketed separately.

       Accordingly, the Clerk of Court is respectfully directed to close the case.

Dated: November 15, 2022
       White Plains, New York

                                                            **SO ORDERED.**

                                                 _____
                                                 ANDREW E. KRAUSE
                                                 United States Magistrate Judge